UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY AMARO, on her own
and on behalf of others similarly
situated,

    Plaintiff,

v().                                          Case No.: 8:05-CV-2243-T-24TGW

YVONNE'S PROPERTY MANAGEMENT,
INC., a Florida corporation,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Notice of Non-Compliance With Court Order (Doc. No. 32), which the Court construes as a motion for entry of default.

On August 15, 2006, Defendant's counsel filed a motion to withdraw as counsel. (Doc. No. 28). The Court granted the motion and stated that since Defendant is a corporation, and a corporation may appear and be heard only through counsel, it had until October 5, 2006 to file a notice of appearance of new counsel. (Doc. No. 30). The Court warned Defendant that if a notice of appearance of new counsel was not filed by October 5, 2006, the Court would entertain a motion for entry of default. (Doc. No. 30). Defendant has not filed a notice of appearance of new counsel, and as such, entry of default is appropriate.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's construed motion for entry of default (Doc. No. 32) is **GRANTED**. The Clerk is directed to enter default against Defendant, and Plaintiff is directed to file a motion for default judgment by November 13, 2006.

**DONE AND ORDERED** at Tampa, Florida, this 13th day of October, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Yvonne's Property Management, Inc., 2629 Waverly Barn Road, Suite 129, Davenport, FL 33897