UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELLY AMARO, on her own
and on behalf of others similarly
situated,

    Plaintiff,

v.                                                      Case No.: 8:05-CV-2243-T-24TGW

YVONNE'S PROPERTY MANAGEMENT,
INC., a Florida corporation,

    Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Amended Motion for Entry of Default Final Judgment. (Doc. No. 44).

Plaintiff Kelly Amaro filed suit against Defendant Yvonne's Property Management, Inc. for relief under the Fair Labor Standards Act on December 7, 2005 due to Defendant's failure to pay her overtime compensation, and she amended her complaint on December 20, 2005 to add a claim for retaliation. (Doc. No. 1, 4). Thereafter, additional plaintiffs consented to join this action: Lillian Evans, Theresa Delpeschio, and Miriam Cosme. (Doc. No. 10, 17). On October 13, 2006, the Court entered default against Defendant due to its failure to retain new counsel after its counsel had withdrawn. (Doc. No. 34).

Plaintiffs now seek the entry of final default judgment against Defendant. Accordingly, the Court will analyze each component of damages.

Kelly Amaro states in her affidavit that she worked 16 hours of overtime per week for 16 weeks, but she was only paid her regular hourly pay of $15 for that time. As such, she seeks her

unpaid overtime compensation of $1,920, plus $1,920 of liquidated damages. Upon review, the Court finds that these damages should be awarded to Amaro.

Lillian Evans states in her affidavit that she worked 15 hours of overtime per week for 36 weeks, and she was not paid at all for that time. Evans hourly rate was $13. As such, she seeks unpaid overtime compensation of $10,530, plus $10,530 of liquidated damages. Upon review, the Court finds that these damages should be awarded to Evans.

Theresa Delpeschio states in her affidavit that she worked 16 hours of overtime per week for 28 weeks, but she was only paid her regular hourly pay of $10 for that time. However, she seeks unpaid overtime compensation and liquidated damages using a calculation based on her not being paid at all for those overtime hours, despite the fact that she alleges in her affidavit that she was paid $10 per hour for those hours. As such, the Court will not award the amount requested by Delpeschio and instead awards her unpaid overtime compensation of $2,240, plus $2,240 of liquidated damages.

Miriam Cosme states in her affidavit that she worked 10 hours of overtime per week for 96 weeks, but she was only paid her regular hourly pay of $15 for that time. As such, she seeks her unpaid overtime compensation of $7,200, plus $7,200 of liquidated damages. Upon review, the Court finds that these damages should be awarded to Cosme.

Plaintiffs' attorney seeks attorney's fees for 37.8 hours worked at a rate of $300 per hour. The Court has reviewed the time he spent on this case, and the Court finds that the 2.3 hours spent on January 11, 2006 preparing a motion for entry of default after Defendant had filed an answer and preparing a motion to withdraw the motion for entry of default should not be compensable. As such, the Court adjusts Plaintiffs' attorney's compensable hours to 35.5 hours and awards $10,650 in attorney's fees. Additionally, Plaintiffs' attorney seeks $335 in costs, and

the Court finds that these costs should be awarded.

Accordingly, it is ORDERED AND ADJUDGED that for the reasons stated above, Plaintiff's Amended Motion for Entry of Default Final Judgment (Doc. No. 44) should be **GRANTED** to the extent that:

(1) The Clerk is directed to enter judgment in favor of Plaintiffs on Count I, as follows:

   (a) Plaintiff Kelly Amaro is awarded unpaid overtime compensation of $1,920, plus $1,920 of liquidated damages;

   (b) Plaintiff Lillian Evans is awarded unpaid overtime compensation of $10,530, plus $10,530 of liquidated damages;

   (c) Plaintiff Theresa Delpeschio is awarded unpaid overtime compensation of $2,240, plus $2,240 of liquidated damages;

   (d) Plaintiff Miriam Cosme is awarded unpaid overtime compensation of $7,200, plus $7,200 of liquidated damages; and

   (e) Plaintiffs are also awarded $10,650 in attorney's fees, plus $335 in costs; and

(2) The Clerk is directed to **CLOSE** this case and terminate all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of December, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Yvonne's Property Management, Inc.

3